UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRO BASHIRI COLEMAN-BEY,

                Plaintiff,

-against-

CHILDREN'S AID SOCIETY, ET AL.,

                Defendants.

19-CV-7911 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued January 6, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 6, 2020
          New York, New York

                                COLLEEN McMAHON
                            Chief United States District Judge